IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY DOYLE YOUNG,** | No. C-11-02645 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| **BUREAU OF PRISONS, et al.** | |
| Defendant(s). | |

Plaintiff, a federal prisoner currently incarcerated at the United States Penitentiary in Florence, Colorado, has filed a pro se civil rights complaint alleging violations of his constitutional rights by a federal correctional employee.

The events or omissions giving rise to the claims occurred, and the viable named defendants reside, in the venue of the District of Colorado.  See 28 U.S.C. § 85.  Venue therefore properly lies in the District of Colorado.  See id. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. section 1406(a), IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the District of

1  Colorado.
2       The Clerk shall transfer this matter and terminate all
3  pending motions as moot.

6       IT IS SO ORDERED.

9  DATED     _07/13/2011_
                                    THELTON E. HENDERSON
10                                  United States District Judge

24  G:\PRO-SE\TEH\CR.11\Young-11-02645-transfer.wpd

28                                  2